

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/11/2023

**MEMO ENDORSED**

**VIA ECF**
Magistrate Judge Barbara C. Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 11, 2023

Re:   1:23-cv-02982-JPO-BCM Toro v. Ruze, Inc.

Status Letter and Request for Adjournment of Conference

Dear Magistrate Moses:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for July 17th, 2023. Counsel will be overseas and unable to appear on that date. Plaintiff proposes a new date of August 17th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both parties consent.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: David Stein, Esq.

Application GRANTED. The initial case management conference originally scheduled for July 17, 2023 is ADJOURNED to **August 21, 2023, at 10:00 a.m.** The parties shall file their Pre-Conference Statement no later than **August 14, 2023**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
July 11, 2023